# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JAHMEL EDWARDS and**
**RENEE EDWARDS-MILLER,**

      **Plaintiffs,**

**v.**                                                   **Case No.  8:07-cv-461-T-30EAJ**

**ORCHID CELLMARK, INC.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #13).

In accordance with same, it is

     **ORDERED AND ADJUDGED** as follows:

   1.     This cause is dismissed without prejudice.

   2.     All pending motions are denied as moot.

   3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 16, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-461.dismissal 13.wpd